FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 27 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRISTOPHER BREWER,

    Plaintiff,

vs.                                              NO. 2:12-cv-00194 DPM/JTK

KEITH PHILLIPS AND
LEGACY TRANSPORTATION,

    Defendants.

## NOTICE OF REMOVAL

    Pursuant to 28 U.S.C 1446(a), Defendant, Legacy Transportation hereby files this Notice of Removal, and as grounds for said removal would show as follows:

    1.    Removing party is a named Defendant in the above action.

    2.    This lawsuit was originally filed in the Circuit Court of St. Francis County, Arkansas, on May 4, 2012, under Docket No:CIV-2012-73-2. A copy of the original Complaint and Summons are attached hereto. Based on a review of the file in Circuit Court, it appears that the Summons and Complaint are the only pleadings filed in the cause to date.

    3.    Removing Defendant was served with a copy of the Summons and Complaint via personal service upon its registered agent, via certified mail on or about September 4, 2012.

    4.    Subsequent to the filing of the Summons and Complaint in the Circuit Court of St. Francis County, Arkansas, no further proceedings have taken place in that action.

    5.    The amount(s) in controversy exclusive of interest and costs, allegedly exceeds the sum of $75,000.00.

6. Upon information and belief, Plaintiff, at the time of the filing of the Complaint, as well as presently, is a resident citizen of St. Francis County, Arkansas.

7. Removing Defendant is currently, and was, at the time of the filing of the Complaint, a Utah corporation with its principal place of business being in North Salt Lake, Utah. The defendant, Keith Phillips, is currently, and was at the time the Complaint was filed, a resident citizen of West Valley, Utah; when and if Phillips is served, he will be represented by the undersigned Counsel, and will, again upon being served, join in this Removal.

8. This is a civil action, as a result of a motor vehicle accident which occurred on or about August 2, 2011, in St. Francis County, Arkansas.

9. This Honorable Court has original jurisdiction of this action pursuant 28 U.S.C. Section 1332(a)(1) and (c) as the lawsuit is between citizens of different states and the amount(s) in controversy allegedly exceeds the sum of $75,000.00 exclusive of interest and costs.

10. This filing of Notice of Removal is not deemed to be a waiver of any objections to venue and/or personal jurisdiction as may be raised in subsequent pleadings by this or any other parties.

11. This Notice of Removal is being filed with this Court within 30 days of service of the original Complaint and Summons on the removing Defendant, Legacy Transportation.

RESPECTFULLY SUBMITTED,

_____
DALE TUTTLE (D#6002)
CARL WYATT (D#12364)
*Counsel for Defendants, Legacy Transportation
and Keith Phillips*
**Glassman, Edwards, Wyatt, Tuttle & Cox, P.C.**
26 North Second Street
Memphis, Tennessee  38103
cwyatt@gewwlaw.com
(P:  901-527-4673)
(F:  901-527-5320)
(OUR FILE:  #12-457Z)

## CERTIFICATE OF SERVICE

I hereby certify that on _September 26_, I filed the foregoing with the Clerk of the Court.  A true and correct copy of the foregoing pleading has been served United States Mail, postage prepaid upon the following:

**COUNSEL FOR PLAINTIFF:**

Gary J. Mitchusson
P.O. Box 882
Forrest City, AR 72336

_____
CARL WYATT