IN THE CIRCUIT COURT OF ST. FRANCIS COUNTY, ARKANSAS
CIVIL DIVISION

CHRISTOPHER BREWER            PLAINTIFF

VS.        NO: CIV-2012- 73-2

KEITH PHILLIPS AND
LEGACY TRANSPORTATION           DEFENDANT

## COMPLAINT

Comes now the Plaintiff, Christopher Brewer by and through his attorney, Gary J. Mitchusson, P.A., Forrest City, Arkansas and for his Complaint against the Defendants, Keith Phillips and Legacy Transport states as follows:

1. That Plaintiff, Christopher Brewer is an adult resident of St. Francis County, Arkansas.

2. That Defendant, Keith Phillips is believed to be a resident of Utah.

3. That Defendant Legacy Transportation is believed to be a business entity with it principal place of business being Utah.

4. That the accident at issue herein occurred on or about August 2, 2010 in St. Francis County, Arkansas.

5. That this Court has jurisdiction over the parties and this cause of action and is the proper venue.

6. That Plaintiff, Christopher Brewer was the driver of a 1993 Ford Tarus being operated by him in a southerly direction on Highway 1 near Colt, Arkansas.

FILED
MAY - 4 2012
TIME: _____ M
BETTE S. GREEN, CLERK
ST. FRANCIS COUNTY

7. That the Defendant, Keith Phillips was the driver of a 2001 International Harvester Tractor Truck being operated by him in a southerly direction on U.S. Highway 1 near Colt, Arkansas and located in the center turning of Highway 1 as the vehicle in which Plaintiff, Christopher Brewer was traveling approached from his rear.

8. That the Defendant, Legacy Transportation was the owner of the vehicle being operated by Defendant Keith Phillips, believed to be the employer of Defendant, Keith Phillips and is financially responsible for his negligent actions herein.

9. That while Plaintiff, Christopher Brewer was proceeding South on Highway 1 and approaching the Defendant, Keith Phillips from the rear Keith Phillips made an illegal and improper turn from the center lane and across both southbound lanes of Highway 1 South pulling into the path of the Plaintiff, Christopher Brewer and causing the collision complained of herein.

10. That the occurrence and/or collision described in the proceeding paragraph was a result of the fault and or negligence of the Defendants, Keith Phillips and Legacy Transportation and was the proximate cause of the collision at issue herein, which includes, but is not limited to, the following particulars:

    (a) Defendant, Keith Phillips, failed to keep a proper look out for other vehicles traveling on Highway 1 in St. Francis County, Arkansas;

WHEREFORE PREMISES CONSIDERED, Plaintiff, Christopher Brewer, prays for judgment against the Defendant(s) Keith Phillips and Legacy Transport for his damages herein in an amount provable at the trial of this cause of action all of which are in an amount in excess of the jurisdictional amount required in diversity of citizenship cases in the United States District Court.

Respectfully submitted,

LAW OFFICE OF
GARY J. MITCHUSSON

By: *Gary J. Mitchusson*

Gary J. Mitchusson, #91267
Attorney at Law
Post Office Box 882
Forrest City, AR 72336
870-630-0339