IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CHRISTOPHER BREWER**                                                                                    **PLAINTIFF**

v.                                              No. 2:12-cv-194-DPM

**KEITH PHILLIPS and**
**LEGACY TRANSPORTATION**                                                                  **DEFENDANTS**

JUDGMENT

Brewer's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 April 2014